
**FORM 2**
**COVER SHEET**


RECEIVED
AUG 4 2014
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Aureus Asset Managers Ltd. and Riverstone Insurance (UK) Ltd.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): **Steven R. Perles**

| | |
|---|---|
| Firm Name: | Perles Law Firm, PC |
| Post Office Box: | |
| Street Address: | 1146 19th Street, NW, 5th Floor |
| City-State-Zip: | Washington, DC 20036 |
| Telephone & Facsimile Numbers: | 202-955-9055 |
| E-mail Address: | speries@perleslaw.com |

14-703C

Is the attorney of record admitted to the Court of Federal Claims Bar?   ☒ Yes   ☐ No
Does the attorney of record have a Court of Federal Claims ECF account?   ☐ Yes   ☒ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code:   ⬚5⬚ ⬚1⬚ ⬚4⬚

Select only one (three digit) nature-of-suit code from the attached sheet.
If number 213 is used, please identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code:   ☐ ☐ ☐
See attached sheet for three-digit codes.

Amount Claimed:   $ TBD
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required?   ☒ Yes   ☐ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ _____
Is plaintiff a small business?   ☐ Yes   ☐ No

Vaccine Case:
Date of Vaccination: _____

Related Cases:
Is this case directly related to any pending or previous case?   ☒ Yes   ☐ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

### Cover Sheet Appendix

Pursuant to the United States Court of Federal Claims Form 2 Cover Sheet instructions, multi-plaintiff cases must include an alphabetized, numbered list of all plaintiffs, pursuant to RCFC 20(a). The Plaintiffs are:

1. Aureus Asset Managers Ltd.
2. Riverstone Insurance (UK) Ltd.