# In the United States Court of Federal Claims

No. 14-703C

(Filed: August 28, 2015)

```
*************************************
                                    *
AUREUS ASSET MANAGERS, LTD., et     *
al.,                                *
                                    *
                Plaintiffs,         *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
                Defendant.          *
                                    *
*************************************
```

ORDER

On August 14, 2015, the parties filed a preliminary status report in which they jointly asked the Court to consolidate the related cases of <u>Aviation & General Ins. Co., Ltd. v. United States</u>, No. 14-687C and <u>Aureus Asset Mgrs., Ltd. v. United States</u>, No. 14-703C. The Court finds that the factual and legal commonalities in these cases justify their consolidation under RCFC 42. All future filings shall be made in the lead case of <u>Aviation & General Ins. Co., Ltd.</u>, No. 14-687C.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge